| | |
|---|---|
| PENNA, GRABOIS & ASSOCIATES<br>BY: MARSHALL L. GRABOIS, ESQUIRE<br>Attorney I.D. # 17170<br>166 East Butler Avenue<br>Ambler, Pennsylvania 19002<br>(215) 643-7866 | Attorney for Plaintiffs |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT, PENNSYVANIA**

| | | |
|---|---|---|
| CATHERINE MOLA AND<br>AND JOHN MOLA, HER HUSBAND<br>937 Davis Grove Road<br>Horsham, PA 19044<br><br>         v<br><br>GAETANO J. GIORDANO<br>22 Eagle Road<br>Turnersville, New Jersey 03352 | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | JURY TRIAL DEMANDED<br><br>No.  02 CV 4392 |

**PLAINTIFFS' AFFIDAVIT OF SERVICE UPON DEFENDANT FOR COMMENCEMENT OF ACTION**

**COMES NOW**, the undersigned attorney for Plaintiffs in the above captioned matter who deposes and says that he served a copy of the Summons, Complaint, Case Management Track Designation Form and Civil Cover Sheet upon the Defendant, Gaetano J. Giordano, by sending him said documents by United States Postal Service, Certified Mail, Return Receipt Requested, to his address as appears below, on July 2, 2002; and said documents were received by the Defendant's agent on July 6, 2002, as reflected upon the United States Postal Service Return Receipt signed by said agent for Defendant. The letter of service to Defendant and a copy of the signed return receipt being attached hereto. This service being pursuant to Federal Rules of Civil Procedure, Rule 4(e)(1), being proper service upon an out of state Defendant pursuant to

2

the Rules for service of process in the courts of the Commonwealth of Pennsylvania where this instant Federal District Court is located.

    Gaetano J. Giordano
    22 Eagle Road
    Turnersville, New Jersey 08012

        PENNA, GRABOIS & ASSOCIATES

        _____
        Marshall L. Grabois, Esquire

Sworn to and subscribed before me,
a Notary for the Commonwealth of PA
on the _____ day of _____, 2002.

_____
Notary

2